UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

       - v. -                  :    **UNSEALING ORDER**

ROSIE TINEO, and                  :    08 Cr. 671
LEDYS LIZ,
                               :
            Defendants.
                               :

- - - - - - - - - - - - - - - - - - x

       WHEREAS, the above-captioned indictment was returned on July 22, 2008 and, upon application of the Government, ordered to be filed under seal; and

       WHEREAS the Government has requested that the above-captioned indictment be unsealed;

       IT IS HEREBY ORDERED, that, the indictment docketed as 08 Cr. 671 be unsealed.

Dated: New York, New York
       August 12, 2008
             13

SO ORDERED:

                                     _____
                                     HONORABLE HENRY PITMAN
                                     CHIEF UNITED STATES MAGISTRATE JUDGE
                                     SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 13 2008